Fourth Department. February 3, 1909.) Action by Jerry Linehan against Frank J. Nelson.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING and ROBSON, JJ., dissent, upon the ground that prejudicial errors were committed in the reception of evidence and in the instruction to the jury upon the request of the counsel for the defendant, and also for the reason that on the undisputed evidence the plaintiff is entitled to recover.

LINZEY, Respondent, v. AMERICAN ICE CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 24, 1909.) Action by Clark W. Linzey, as administrator, etc., of Nile Linzey, deceased, against the American Ice Company. No opinion. Motion granted.

LOEWY, Respondent, v. GORDON et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Abraham B. Loewy against Morris Gordon and another. No opinion. Motion denied, with $10 costs.

LONZONE v. NEW YORK CONTRACTING CO. (Supreme Court, Appellate Division, First Department. February 26, 1909.) Action by Joseph Lonzone against the New York Contracting Company. No opinion. Motion denied, with $10 costs. Order filed.

LORD, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) Action by Edwin Lord against the Erie Railroad Company. No opinion. Judgment and order unanimously affirmed by default, with costs.

LOVAGLIO, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Antonio Lovaglio, an infant, by John Lovaglio, his guardian ad litem, against the New York Central & Hudson River Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

LOWERY et al., Respondents, v. BRACE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. February 4, 1909.) Action by Edwin O. Lowery and another against William H. Brace and others.

PER CURIAM. Order reversed, without costs of this appeal to either party, and matter remitted to the Special Term for a rehearing of the motion upon five days' notice, upon the papers already presented, and upon such further affidavits or evidence as either party may desire to present. Held, that the court should have determined the amount of the attorney's lien, if any, and have permitted the payment of such lien as a condition of allowing the satisfactions to stand.

LYMAN, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. March 10, 1909.) Action by Alice P. Lyman against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

LYNN, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. February 4, 1909.) Action by William F. Lynn against the New York Central & Hudson River Railroad Company. No opinion. Judgment affirmed, with costs.

LYNN, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 19, 1909.) Action by William F. Lynn against the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs.

LYONS NAT. BANK, Appellant, v. SHULER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 17, 1909.) Action by the Lyons National Bank against George H. Shuler and others.

PER CURIAM. Judgment affirmed, with costs.

McLENNAN, P. J., and WILLIAMS, J., dissent, upon the ground that the judgment ought to have provided that out of the proceeds of the sale the owners of the property should first have the right to receive the value of their property when the improvements were commenced, and that their equities were prior to those of the equitable lienors. See, also, 115 App. Div. 859, 101 N. Y. Supp. 62.

McALLISTER, Respondent, v. WARFIELD, Appellant. (Supreme Court, Appellate Division, Second Department. March 19, 1909.) Action by Charles D. McAllister against George A. Warfield. No opinion. Judgment of the County Court of Nassau county unanimously affirmed, with costs.

McBENNETT, Appellant, v. DAVID SHULDINER GLASS CO., Respondent. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by Alice McBennett, as administratrix, against the David Shuldiner Glass Company. T. J. O'Neill, for appellant. C. S. Petrasch, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

McCARTHY, Respondent, v. NATIONAL CONDUIT & CABLE CO., Appellant. (Supreme Court, Appellate Division, First Department. March 5, 1909.) Action by Bridget McCarthy, as administratrix, against the National Conduit & Cable Company. F. V. Johnson, for appellant. H. G. Smyth, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

McCASKEY REGISTER CO., Appellant, v. GREEN, Respondent. (Supreme Court, Appellate Division, Third Department. March 10,